# IN THE SUPREME COURT OF THE STATE OF NEVADA

BART WILLIAM DIETZMANN,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 69592

FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion to Dismiss Information/Complaint." Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Elizabeth Goff Gonzalez, District Judge
   Bart William Dietzmann
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

16-03304